ELLA A. DANA, *Administratrix, Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER R. R. Co., *Appellant.* — Motion for a re-argument denied. SMITH, J., not participating in the decision.

JAMES T. HAMILTON, *Appellant, v.* JOHN HEITZMAN, *Respondent.* — Appeal dismissed, with ten dollars costs and disbursements. *Held*, that the order is not appealable. (*Andrews* v. *Long*, 79 N. Y., 573; *Fish* v. *Thrasher*, 21 Hun, 15.)

SUSAN NORTON, *Appellant, v.* HARRIET M. SIDNEY, *Respondent.* — Order appealed from reversed, with ten dollars costs and disbursements, and motion to set aside the order of discontinuance and stipulation granted.

SCUDDER TODD, *Appellant, v.* HENRY J. BOTCHFORD, *Respondent.* — Order appealed from reversed, with ten dollars costs and disbursements, and motion to set aside the second execution granted with ten dollars costs. (See *The People ex rel., etc.*, v. *Onondaga Com. Pleas*, 3 Wend., 331.)

LEVI A. SHELDON, *Appellant, v.* SMITH T. WOOLWORTH, *as Receiver, etc., Respondents.* — Order of reference reversed and vacated, without costs to either party. *Held*, that the action was not referable as it did not involve the examination of a long account. (*Kain* v. *Delano*, 11 Abb. Pr., 29; *Brink* v. *Republic Fire Ins. Co.*, 2 T. & C., 550.)